THE LAW OFFICE OF
# NOOR A. SAAB

Noor A. Saab, Esq.*
-----------
* Admitted in New York

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

<u>QUEENS OFFICE</u>
148-02 Hillside Ave
Jamaica, New York 11435

April 2, 2024



**BY ECF**
Honorable Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, New York 10007

   **Re:**  <u>**Jasmine Robertson v. Ed Levin Jewelry, Inc. (Case No.:  1:23-cv-09924-KPF**</u>)

To the Honorable Katherine Polk Failla:

  Plaintiff submits this letter motion respectfully requesting to stay all proceedings in this case, because the Plaintiff in this case has deceased.   The Complaint was filed on November 9, 2023 (Docket No: 1) and was served upon the Defendant on November 13, 2023 (Docket No. 4). Plaintiff appeared by a Pro Hac Vice counsel, pursuant to the Order, dated  February 12, 2024 (Docket No: 10).  The case was settled in principal and Notice of Settlement was filed on March 7, 2024 (Docket No. 11) and conditional Order for dismissal without prejudice was issued on March 8, 2024 (Docket No. 12).

  Sadly, the undersigned, counsel for the Plaintiff was notified by way of Plaintiff's sister, Ailya Robertson, that Plaintiff has passed away.  I am respectfully requesting from the Court to stay all proceedings in this case for a period of ninety (90) days to permit time to the decedent's successor or representative to make a motion for substitution, pursuant to Fed. R. Civ. P. 25(a). The Defendant's attorney has consented to this request.  This is the first time Plaintiff's attorney seeks the relief requested herein.

  The undersigned wishes to thank Your Honor and this Court for the time and attention to this matter.

            Respectfully,

            <u>/s/ Noor A. Saab, Esq.</u>
             Noor A. Saab, Esq.
            *Attorney for the Plaintiff*

Application GRANTED.  This case is hereby STAYED.  The Court expresses its deepest condolences to Ailya Robertson and the rest of Plaintiff's family.  Plaintiff's counsel shall file an update with the Court on or before **July 2, 2024,** advising of any motion for substitution.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:     April 3, 2024                    SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE