UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE ROBERTSON, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

                      -v.-

ED LEVIN JEWELRY, INC.,

                      Defendant.

23 Civ. 9924 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On April 2, 2024, the Court was informed of the death of Plaintiff Jasmine Robertson. (Dkt. #13). As a result, the Court stayed all proceedings and advised Plaintiff's counsel to file an update with the Court on or before July 2, 2024. (Dkt. #14). On July 2, 2024, Plaintiff's counsel filed a letter with the Court, and requested additional time to file a substitution motion pursuant to Federal Rule of Civil Procedure 25. (Dkt. #15). The Court granted this request. (Dkt. #16). Plaintiff's counsel again requested an extension of time to file a Rule 25 substitution motion on September 3, 2024, and October 8, 2024. (Dkt. #17, 19). While the Court granted these requests, in its October 10, 2024 endorsement, the Court warned that this action would be dismissed pursuant to Rule 25 unless a proper party filed a motion for substitution by December 9, 2024. (Dkt. #20). The Court also stated that no further extension of this deadline would be given absent compelling circumstances. (*Id.*). To date, no motion for substitution has been filed.

2

Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   December 16, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge